NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES E. RICHARDSON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7156

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-2658, Judge Alan G. Lance, Sr.

---

## ON MOTION

---

## O R D E R

Eric K. Shinseki, Secretary of Veterans Affairs, moves, unopposed, to stay the briefing schedule in this case pending final disposition of *Sturdivant v. Shinseki*, No. 2011-7011.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. The Secretary's brief is due within 30 days of the date of this order. No further extensions should be anticipated.

FOR THE COURT

FEB 13 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
L. Misha Preheim, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 13 2012

JAN HORBALY
CLERK